IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SATTERFIELD LEGAL, PLLC, Substitute Trustee, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:17-CV-03236-TWT-CMS |
| HARDEE PROPERTY MANAGEMENT TRUST COMPANY, | |
| Defendant. | |

## **FINAL REPORT AND RECOMMENDATION**

On October 4, 2017, I issued an Order denying Defendant Hardee Property Management Trust Company's ("Defendant") application to proceed in forma pauperis and requiring Defendant to pay within thirty days the fee associated with removing this action to this Court. [Doc. 4]. I also noted that Defendant needed to obtain a licensed attorney to represent it because Defendant is a trust, incapable of self-representation. [Id.]. The deadline set forth in the Order has passed, and Defendant has failed to pay the filing fee, failed to obtain legal representation, and failed to otherwise indicate that it wishes to pursue removal of the instant action.

Accordingly, I **RECOMMEND** that this action be **REMANDED** to the Superior Court Division of the General Court of Justice in Forsyth County, North Carolina based on Defendant's failure to properly remove this action to this Court.

**SO REPORTED AND RECOMMENDED**, this 6th day of November, 2017.

*[signature: Catherine Salinas]*

Catherine M. Salinas
United States Magistrate Judge