IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SATTERFIELD LEGAL, PLLC
Substitute Trustee,

   Plaintiff,

    v.

HARDEE PROPERTY
MANAGEMENT TRUST
COMPANY,

   Defendant.

CIVIL ACTION FILE
NO. 1:17-CV-3236-TWT

**ORDER**

This is a foreclosure action pending in state court in North Carolina that the Defendant wrongfully removed to this Court. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending remanding the case to state court. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is REMANDED to the Superior Court Division of the General Court of Justice in Forsyth County, North Carolina.

SO ORDERED, this 30 day of November, 2017.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge